**FILED: 1/25/12**

**JS - 6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Patricia Nedrick-Gray,* | CASE NO. CV 10-4156-GHK (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Alliance Bancorp, et al.* | |
| Defendants. | |

    Pursuant to the Court's January 5, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Patricia Nedrick-Gray's ("Plaintiff") claims against Defendants BAC Home Loans Servicing, LP (erroneously sued as Bank of America Home Loans), ReconTrust Company, N.A. (erroneously sued as ReconTrust Company), Mortgage Electronic Registration Systems, Inc. (erroneously sued as MERS), and Bank of New York Mellon f/k/a/ The Bank of New York are **DISMISSED with prejudice**.

    Pursuant to the Court's January 24, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendants Alliance Bancorp and LandAmerica Gateway Title are **DISMISSED without prejudice**.

Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: January 25, 2012

_____
GEORGE H. KING
United States District Judge

2